AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cabranes, Jose A | 2. Court or Organization<br><br>U.S. Court of Appeals - 2d Cir | 3. Date of Report<br><br>05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>141 Church Street<br>New Haven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See "Attachment A" hereto | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 11 P 12: 20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | University of Chicago Press (Royalites) |
| 2. 2006 | West Service, Inc. (Royalties) |
| 3. 2006 | University of Colorado Law School (honorarium) |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. See "Attachment B" hereo | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apartment, Santurce, Puerto Rico | | Rent | M | Q | Sell | 11/10 | M | F | L.J. Guevara |
| 2. Apartment, Santurce, Puerto Rico | | None | M | Q | Sell | 10/27 | M | F | E.R. Vazquez |
| 3. Apartment, Santurce, Puerto Rico | | None | M | Q | Sell | 11/10 | M | F | L.J. Guevara |
| 4. Apartment, Santurce, Puerto Rico | | None | M | Q | Sell | 12/29 | M | F | R. Barrau-Lake |
| 5. Fidelity Asset Manager | C | Dividend | L | T | | | | | |
| 6. Fidelity Blue Chip Growth Fund (IRA) | | Dividend | K | T | Transfer | 8/9 | | | |
| 7. CT Higher Education Trust | | Dividend | K | T | | | | | |
| 8. CT Higher Education Trust | | Dividend | J | T | | | | | |
| 9. New Alliance Bank f/k/a New Haven Savings Account | A | Interest | K | T | Closed | 10/03 | | | |
| 10. Citizens Bank accounts | A | Interest | L | T | | | | | |
| 11. Federated Department Stores, f/k/a May Department Stores Co. | A | Dividend | J | T | | | | | |
| 12. Federated Department Stores, f/k/a May Department Stores Co. | A | Dividend | J | T | | | | | |
| 13. HSBC Savings Account | A | Interest | L | T | Opened | 10/16 | | | |
| 14. People's Bank accounts | A | Interest | J | T | Opened | 9/27 | | | |
| 15. Vanguard Money Market Account | A | Interest | M | T | Buy | 12/05 | K | | |
| 16. AGE Edwards (AG) Inc. | A | Dividend | J | T | Transfer | 11/27 | J | | From ■■■ |
| 17. BMY Bristol-Myers Squibb Co. | A | Dividend | J | T | Transfer | 11/27 | J | | From ■■■ |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BP Amoco PLC (Britain) | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 19. C Citigroup | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 20. CBSH Commerce Bancshares, Inc. | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 21. COP ConocoPhilipps | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 22. DOW Dow Chemical | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 23. EIX Edison Int'l | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 24. EMR Emerson Electric Co. | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 25. EXC Exelon Corp. | A | Dividend | L | T | Transfer | 11/27 | L | | From▓ |
| 26. Evergreeen Serv. Co. | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 27. F Ford Motor Co. | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 28. FD Federated Dept. Stores | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 29. GD General Dynamics Corp. | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 30. GE General Electric Co. | A | Dividend | K | T | Transfer | 11/27 | K | | From▓ |
| 31. GM General Motors Corp. | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 32. KO Coca Cola Co. | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |
| 33. PFE Pfizer Inc. | A | Dividend | J | T | Transfer | 11/27 | J | | From▓ |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. PG Procter & Gamble Co. | A | Dividend | J | T | Transfer | 11/27 | J | | From ███ |
| 35. RDS/A Royal D. Shell PLC | A | Dividend | J | T | Transfer | 11/27 | J | | From ███ |
| 36. SIAL Sigma Aldrich Corp. | A | Dividend | J | T | Transfer | 11/27 | J | | From ███ |
| 37. USB US Bancorp Del | A | Dividend | J | T | Transfer | 11/27 | J | | From ███ |
| 38. WAG Walgreen Company | A | Dividend | J | T | Transfer | 11/27 | J | | From ███ |
| 39. WYE Wyeth | A | Dividend | J | T | Transfer | 11/27 | J | | From ███ |
| 40. TIAA-CREF Annuity (vested) | D | | J | T | | | | | |
| 41. TIAA-CREF Pension | | | P1 | T | | | | | |
| 42. TIAA-CREF IRA | | Dividend | K | T | Transfer | 8/9 | | | Rollover from Fidelity |
| 43. Hartford Life & Annuity Ins. Co. (variable life ins. policy) | | | K | T | | | | | |
| 44. See "Attachment C" hereto | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

See "Attachment C"

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date _May 10, 2007_

NOTE: A_____ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRI_____ONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 10, 2007


FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006


ATTACHMENT A

I.    Positions

Trustee of Columbia University, New York, NY

Trustee of the William Nelson Cromwell Foundation, New York, NY

Member of the Academic Advisory Committee of the Institute for Constitutional Studies, The George Washington University, Washington, DC

Attorney-in-fact for filer's ███████ under a "Durable General Power of Attorney,"executed May 16, 1988 and "protocolized" under the laws of the Commonwealth of Puerto Rico (expired by operation of law on April 2, 2006, upon the death of filer's ███████


Note:   No income of any kind was derived from any of the "positions" or services or activities noted in this Attachment A.

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 10, 2007

FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006

ATTACHMENT B

IV.     Reimbursements - transportation, lodging, food, entertainment:

Source                                  Description

1. Columbia University          Meals, and the cost of transportation and (where indicated) lodging, to and
   New York, NY                  from New York in connection with my duties as a Columbia trustee at each of
                                 the following meetings of the Board of Trustees or its committees in New
                                 York:

                                 February 27, 2006
                                 March 3-4, 2006 (lodging also)
                                 April 21, 2006
                                 June 2-3, 2006
                                 October 6-7, 2006
                                 December 1-2, 2006

2. University of Hartford       One meal and transportation to and from the University of Hartford, Hartford,
   Hartford, CT                  CT to deliver the Jon O. Newman Lecture.

                                 April 27, 2006

3. Federalist Society and The   One meal and transportation to and from the Association of the Bar of the
   Association of the Bar of the City of New York, NY to moderate program on international law.
   City of New York
      New York, NY               May 3, 2006

4. Hartford Bar Association      One meal and cost of transportation to and from the Hartford Bar
   Hartford, CT                  Association, Hartford, CT, to deliver keynote address at annual dinner.

                                 May 16, 2006

5. Fordham University,          Meals, lodging and transportation to and from Israel to participate as a panelist
   New York, NY                  on criminal justice sponsored jointly by the Fordham University Law School
                                 and the Ministry of Justice of the State of Israel (accompanied by my █████
                                 Professor Kate Stith of Yale Law School, who was a conference participant in
                                 her own right).

                                 July 4-12, 2006

-1-

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 10, 2007

FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006

ATTACHMENT B - Page 2

IV. <u>Reimbursements - transportation, lodging, food, entertainment</u>:

| <u>Source</u> | <u>Description</u> |
|---|---|
| 6. Advisory Committee on Civil Rules, Judicial Conference of the United States, Washington, D.C. | Meals, lodging and the cost of transportation to and from Nashville, TN, to attend meetings of the Civil Rules Committee<br><br>September 6-8, 2006 |
| 7. United States Courts Washington, D.C. | One meal at a retreat meeting of the U.S. Court of Appeals in Westbrook, CT<br><br>October 20, 2006 |
| 8. Valparaiso University School of Law Valparaiso, IN | Meals, lodging and the cost of transportation to and from Valparaiso, IN to deliver the Indiana Supreme Court Lecture<br><br>November 1-2, 2006 |
| 9. William Nelson Cromwell Foundation New York, NY | One meal at annual meeting of William Nelson Cromwell Foundation held in New York, NY.<br><br>November 7, 2006 |

José A. Cabranes
U.S. Circuit Judge (Second Circuit)
May 10, 2007


FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006


ATTACHMENT C

VIII. Additional information or explanations. (Indicate part of Report).


VII, 1:  No net income derived from apartment.


VII, 2, 3, 4, 6, 7, 8, 41-43:  Absent the ability to write "none" or "zero" on this computer form, no entry appears under B(1) for each of these entries, signifying that no "income" was obtained for these assets.


VII, 2, 3, 4:  Until April 2, 2006, the date of death of filer's █████ filer owned what Puerto Rico law characterizes as an "undivided interest" of 25% of the title and the value of each of three apartments in Puerto Rico as a result of a testamentary disposition. Filer had and has no beneficial interest in any rental arrangements for two of these apartments (VII, 3, 4) and filer derived no income from them. No income was derived by filer or anyone else from the third apartment (VII, 2), which was the residence of filer's █████ Upon the death of filer's █████ on April 2, 2006, a 50% interest in these three apartments (VII, 2, 3, 4) passed to filer, by operation of Puerto Rico estates law, as one of two ████████████████████ Filer received 50% of the proceeds of the sale of these apartments in 2006.

VII, 16 to 39:  Stocks and mutual fund interests transferred from and by the █████ of filer's ████████████

VII, 16-22, 27, 29-32, 34-35, 37-38 :  Assets transferred from and by the █████ of filer's ████████ November 11, 2006 (see immediately above) that were sold January 29, 2007.

VII, 41:  █████ university pension plan since 1984. Inadvertently omitted from earlier reports.

VII, 43:  █████ cash value life insurance policy, which is part insurance and part investment, was obtained in 1998 and has been in effect since then. Initially it had no reportable "investment value." Value indicated refers to investment value of the policy as of December 31, 2006. Inadvertently omitted from earlier reports.